AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
для
Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jose Adrian Perez Rodriguez | ) Case No. | EP:26-MJ-279-LE |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

FILED
January 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____aq_____
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 17, 2026__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC § 111(a)(1) | Forcibly assault, resist, oppose, intimidate, or interfere with an offcer of the United States Govenment while engaged in or on account of the performance of official duties. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Complaint sworn to telephonically on __January 20, 2026__ at __01:07 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_____
Complainant's signature
Rene Faudoa - HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __01/20/2026__

_____
Judge's signature
Laura Enriquez - U.S. Magistrate Judge
Printed name and title

City and state: __El Paso, Texas__

# AFFIDAVIT

On January 17, 2026, at approximately 0919 hours, Customs and Border Protection (CBP) Officers were conducting an outbound operation at the Ysleta Port of Entry in El Paso, Texas. An individual, later identified as Jose Adrian PEREZ Rodriguez, was stopped for inspection by CBP Officer C. De La Cruz, who was in full CBP uniform.

Officer De La Cruz requested documentation from Mr. PEREZ. Mr. PEREZ stated he did not have documentation and then pushed Officer De La Cruz in the chest, causing him to fall to the ground. Mr. PEREZ then ran towards Mexico but was apprehended by assisting CBP Officers. Officer De La Cruz sustained injuries to both wrists, hands, and knees as a result of the assault.

After Mr. PEREZ was restrained, CBP Officer Barrientos asked him where he was born. Mr. PEREZ stated he was born in Ciudad Juarez, Mexico, and admitted he had no legal documentation to be in the United States. He further stated he was in the United States illegally.

Homeland Security Investigations (HSI) personnel reviewed security footage of the incident. The video footage clearly shows Mr. PEREZ pushing Officer De La Cruz to the ground.

HSI Special Agents advised Mr. PEREZ of his Miranda Rights. Mr. PEREZ requested the presence of an attorney, and all questioning was terminated.


I make this affidavit based on my personal knowledge and information provided to me by other law enforcement officers. This affidavit is submitted for the limited purpose of establishing probable cause and does not include every fact known to me concerning this investigation.